# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Click Boarding LLC, | Court File No. 21-cv-00210 (NEB/BRT) |
| Plaintiff, | |
| v. | **CLICK BOARDING LLC'S MOTION FOR TEMPORARY RESTRAINING ORDER** |
| SmartRecruiters, Inc., | |
| Defendant. | |

Plaintiff Click Boarding LLC in the above-named case hereby moves the United States District Court, District of Minnesota for a temporary restraining order to enjoin Defendant SmartRecruiters, Inc. from terminating the parties' Reseller Agreement on May 10, 2021.

Said motion is based upon the accompanying Memorandum of Law, the April 25, 2021, Declaration of Curtis Marks and its attached exhibits, the April 26, 2021, Declaration of Joseph J. Cassioppi and its attached exhibits, and all of the files, records, and proceedings herein.

Dated: April 26, 2021

*s/ Joseph J. Cassioppi*
Joseph J. Cassioppi (#0388238)
Emily M. McAdam (#0400898)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Telephone: (612) 492-7000
Facsimile: (612) 492-7077
Email: jcassioppi@fredlaw.com
emcadam@fredlaw.com

**ATTORNEYS FOR PLAINTIFF**