# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Click Boarding LLC | Civ. No. 21-CV-210 (NEB/BRT) |
| Plaintiff, | |
| v. | |
| SmartRecruiters, Inc., | **ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER** |
| Defendant. | |

This matter is before the Court upon the Stipulation for Protective Order between Plaintiff Click Boarding LLC and SmartRecruiters, Inc. filed at Docket No. 107.

Based on the Stipulation, and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Stipulation is granted.

Date: May 20, 2021

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge